# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

**GABRIELI A. DAVIS,**

 **Petitioner,**

**v.**           **Case No. 3:12cv130/LC/CJK**

**MICHAEL D. CREWS,**

 **Respondent.**
_____/

## O R D E R

 This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 25, 2013. (Doc. 22). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

 Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

 Accordingly, it is ORDERED:

 1. The magistrate judge's Report and Recommendation (doc. 22) is adopted and incorporated by reference in this order.

 2. The petition for writ of habeas corpus (doc. 1), challenging the judgment of

conviction and sentence in *State of Florida v. Gabrieli Andre Davis* in the Circuit Court for Escambia County, Florida, Case Number 08-CF-2994 is DENIED

3. The Clerk shall close the file.

4. A certificate of appealability is DENIED.

At Pensacola, Florida this 3rd day of December, 2013.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**